1  STEVEN. M. HAROWITZ (State Bar No. 71117)
2  STEPHEN M. TIGERMAN (State Bar No. 112127)
   MIA MATTIS (State Bar No. 191027)
3  HAROWITZ & TIGERMAN, LLP
4  450 Sansome St., 3rd Floor
   San Francisco, CA 94111
5  Tel: (415) 788-1588; Fax (415) 788-1598

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHEN DISTRICT OF CALIFORNIA

10

11  KEVIN STUCKART and            )   Case No.:  CV 09 3968 MEJ
12  DOROTHY STUCKART,             )   STIPULATION AND ORDER
                                  )   REGARDING DISMISSAL AND
13          Plaintiffs,           )   REMAND
                                  )
14      vs.                       )
                                  )
15  AC and S, INC., et al,        )
                                  )
16          Defendants.           )
                                  )
17  _____ )

18

19      IT IS HEREBY STIPULATED by and between Plaintiffs, and defendant

20  DETROIT DIESEL CORPORATION, through their respective counsel, that the

21  Plaintiffs claims in the above-captioned action against defendant DETROIT DIESEL

22  CORPORATION have been dismissed without prejudice pursuant to Federal Rule of

23  Civil Procedure 41(a)(1).

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stip.dd                          1
              STIPULATION RE: DISMISSAL AND REMAND

1    As such, Plaintiffs and defendant DETROIT DIESEL CORPORATION hereby

2 agree to remand this action to State Court.

3    IT IS SO STIPULATED.

4

5 Dated: December ___/___, 2009        HAROWITZ & TIGERMAN, LLP

6

7                                      STEPHEN M. TIGERMAN
                                       MIA MATTIS
8                                      Attorney for Plaintiffs

9

10 Dated: December ___/___, 2009       LeCLAIRRYAN, LLP

11

12                                     MATTHEW K. WISINSKI
                                       Attorney for Defendant Detroit Diesel
13                                     Corporation

14

15 IT IS SO ORDERED:

16

17 Dated: December ___2___, 2009

18

19

20

21

22

23

24

25

26

27

28

Stip.dd                              2
                       STIPULATION RE: DISMISSAL AND REMAND

## PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 450 Sansome Street, 3rd Floor, San Francisco, CA 94111; and that on this date I served a true copy of the document(s) in the action of *Stuckart v. AC and S, Inc., et al.,* in the United States District Court for the Northern District of California, Case No. CV 09 3968 MEJ, entitled:

**STIPULATION AND ORDER REGARDING DISMISSAL AND REMAND**

on the following parties:

> Matthew K. Wisinski, Esq.
> LeCLAIR RYAN, LLP
> 44 Montgomery St., 18th Floor
> San Francisco, CA 94104
> Tel: (415) ; Fax (415)
> Counsel for Defendant DETROIT DIESEL CORPORATION

via the following method(s) of service:

X     **Electronically** via e-service on the Pacer website.

X     **Via U.S. Mail** by placing the document(s) described above in a sealed envelope with postage fully prepaid and depositing same into a designated collection box for the U.S. Postal Service in the ordinary course of business on the date below.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2009 at San Francisco, California.

_____
Mark Betti